UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01-cr-195-MOC-1

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| HASSAAN HAAKIM RASHAAD, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Letter Motion for Clarification and to Compel Public Defenders to file a motion under the First Step Act on his behalf. (#196).

Defendant's motion to compel public defenders to file a motion on his behalf is **DENIED**.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Letter Motion for Clarification and to Compel Public Defenders to file a motion under the First Step Act on his behalf (#196) is **DENIED**.

Signed: July 14, 2021

*Max O. Cogburn Jr.*
United States District Judge

1