# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:01-cr-195

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HASSAN HAAKIM RASHAAD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on its motion. After reviewing Defendant's pending pro se Motion for Compassionate Release, (Doc. No. 201), the Court has determined that Defendant shall be appointed counsel to assist him with his motion.

The Federal Defender is hereby appointed to represent Defendant. Counsel may file a supplemental memorandum on Defendant's behalf within 30 days, and the Government shall then have 20 days to file a response.

**IT IS SO ORDERED**.

Signed: May 9, 2022

Max O. Cogburn Jr.
United States District Judge