UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:01-CR-195-MOC

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HASSAAN HAAKIM RASHAAD, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Pro Se Motion Requesting a Copy of the Supplemental Presentence Report. (Doc. No. 211). Because the Court has entered an order appointing counsel to represent Defendant, (Doc. No. 210), this motion will be denied without prejudice so that Defendant can confer with his attorney.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Pro Se Motion Requesting a Copy of the Supplemental Presentence Report, (Doc. No. 211), is **DENIED** without prejudice.

Signed: May 26, 2022

Max O. Cogburn Jr.
United States District Judge