# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.                                          CASE NUMBER:    3:01CR195-1

Hassaan Haakim Rashaad

    THIS MATTER is before the Court sua sponte.

    **NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshalls service is hereby ORDERED to transport and produce the body of Defendant, Hassaan Haakim Rashaad (USM# 12072-058), for a hearing before the Honorable Max O. Cogburn, Jr., in the Western District of North Carolina, **Asheville** not later than October 17, 2022, and upon completion of the hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

    The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation office.

    IT IS SO ORDERED.

Signed: September 23, 2022

*[Signature]*
Max O. Cogburn Jr.
United States District Judge