# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:01-cr-195

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HASSAN HAAKIM RASHAAD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court following a hearing on Defendant's Motion for Compassionate Release/Reduction of Sentence, held on June 6, 2023. (Doc. No. 201).

In a written Order dated March 27, 2023, the Court held that it would grant Defendant's motion and sentence Defendant to time served, and the Court scheduled a hearing on the motion. (Doc. No. 227).

This Order hereby incorporates the Court's prior Order and the Court's findings at the hearing. For the reasons given by the Court, Defendant is hereby sentenced to time served, and he shall be released from custody.

**IT IS, THEREFORE, ORDERED** that:

(1)     Defendant's Motion for Compassionate Release/Reduction of Sentence (Doc. No. 201) is **GRANTED**, and Defendant is sentenced to time served.

(2)     Defendant is **ORDERED RELEASED** from the custody of the United States Bureau of Prisons and/or the custody of the U.S. Marshals Service. To allow the Bureau of Prisons/United States Marshal/Pretrial Services adequate time, such are allowed up to ten days to comply with this Order.

1

(3)      Defendant is subject to the terms of supervised release as specified in the original judgment.

(3)      The Clerk shall enter an amended judgment in accordance with this Order.

  The Clerk of Court shall certify copies of this Order to the U.S. Bureau of Prisons, U.S. Marshals Service, and the U.S. Probation and Pretrial Services Office.

Signed: June 8, 2023

Max O. Cogburn Jr.
United States District Judge